UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>**BROADCOM INC.,**<br><br>　　　　*Defendant.* | **Civil Action No. 5:23-cv-134**<br><br>**JURY TRIAL DEMANDED** |

# **JURY DEMAND**

OptiMorphix, Inc. ("OptiMorphix" or "Plaintiff") demands trial by jury on all claims and issues so triable.

Dated:  November 20, 2023

Respectfully submitted,

<u>/s/  Daniel P. Hipskind</u>
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Erin E. McCracken (CA SB No. 244523)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for OptiMorphix, Inc.*