UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OptiMorphix, Inc.,** *Plaintiff,* v. **Broadcom Inc.,** *Defendant.* | Civil Action No. 5:23-cv-134 <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF LEAD ATTORNEY

COMES NOW, OptiMorphix, Inc. ("OptiMorphix" or "Plaintiff") and hereby notifies the Court and all parties of record that Daniel P. Hipskind, Berger & Hipskind LLP, 9538 Brighton Way, Suite 320, Beverly Hills, CA 90210, is designated as lead counsel for Plaintiff in the above-captioned case.

Dated:  November 20, 2023

Respectfully submitted,

/s/  Daniel P. Hipskind
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Erin E. McCracken (CA SB No. 244523)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for OptiMorphix, Inc.*