UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**  *Plaintiff,*  v.  **BROADCOM INC.,**  *Defendant.* | **Civil Action No. 5:23-cv-134**  **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Plaintiff, OptiMorphix, Inc., for the purpose of receiving notices and orders from the Court.

Dated:  November 20, 2023

Respectfully submitted,

/s/  Elizabeth L. DeRieux
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Erin E. McCracken (CA SB No. 244523)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for OptiMorphix, Inc.*