IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **OPTIMORPHIX, INC.** | § § § § | |
| v. | § | NO. 5:23-CV-00134-RWS-JBB |
| **BROADCOM INC.** | § § § | |

### ORDER

The Court **ORDERS** Plaintiff to file a notice that the case is ready for scheduling conference when Defendant has either answered or filed a motion to transfer or dismiss. The notice shall be filed within **five days** of Defendant's answer or motion. The notice shall include a list of any pending motions. For patent cases, the notice shall also include: (1) a list of any related cases previously filed in the Eastern District of Texas involving the same patent(s) or related patent(s); (2) the patent numbers for this case and any related case; and (3) the dates of any future *Markman* Hearing and/or Trial for related cases.

**It is SO ORDERED.**

SIGNED this the 21st day of November, 2023.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE

1