# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| OPTIMORPHIX, INC, <br><br> Plaintiff, <br><br> v. <br><br> BROADCOM INC, <br><br> Defendants. | Civil Action No. 5:23-cv-00134-RWS-JBB <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that Kristopher L. Reed of Kilpatrick Townsend & Stockton LLP enters his appearance in this matter as counsel on behalf of Defendant Broadcom Inc.

Kristopher L. Reed may receive all communications from the Court and from other parties at Kilpatrick Townsend & Stockton LLP, 2001 Ross Avenue, Suite 4400, Dallas, TX 75201, Telephone (214) 922-7143, Facsimile (214) 922-7101, Email: kreed@kilpatricktownsend.com.

Dated: December 7, 2023

Respectfully submitted,

/s/   Kristopher L. Reed
Kristopher L. Reed
KILPATRICK TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 922-7143
Facsimile: (214) 922-7101
kreed@kilpatricktownsend.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, I electronically filed the foregoing with the Clerk of the Court via CM/ECF, which will send notification of this filing to all counsel of record.

/s/ Kristopher L. Reed