UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 5-23-cv-00134

Name of party requesting extension: Broadcom Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/21/23

Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other  45  days

New Deadline Date: 1/26/2024   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Kristopher L. Reed

State Bar No.: 24130416

Firm Name: Kilpatrick Townsend & Stockton LLP

Address: 2001 Ross Avenue, Suite 4400
Dallas, Texas 75201

Phone: (214)922-7143

Fax: (214)922-7101

Email: kreed@ktslaw.com

A certificate of conference does not need to be filed with this unopposed application.