# EXHIBIT B



As of : 01/17/2024 07:56:46

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**
Obtain a certification for filings with the Secretary of State.

| CA, INC. DBA CA - IT MANAGEMENT SOFTWARE, INC. | |
|---|---|
| Texas Taxpayer Number | 11328574345 |
| Mailing Address | 1320 RIDDER PARK DR SAN JOSE, CA 95131-2313 |
| Right to Transact Business in Texas | ACTIVE |
| State of Formation | DE |
| Effective SOS Registration Date | 07/08/1977 |
| Texas SOS File Number | 0004104306 |
| Registered Agent Name | CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO |
| Registered Office Street Address | 211 E. 7TH STREET SUITE 620 AUSTIN, TX 78701 |