IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OPTIMORPHIX, INC., | § § | |
| Plaintiff, | § § | Civil Action No. 5-23-cv-00134 |
| v. | § § | **JURY TRIAL DEMANDED** |
| BROADCOM, INC., | § § § | |
| Defendant. | § | |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned states that Broadcom Inc. is a publicly traded Delaware corporation (NASDAQ: AVGO). No publicly held corporation owns 10% or more of Broadcom Inc.'s stock.

| | |
|---|---|
| DATED:  January 26, 2024 | Respectfully submitted, |

**KILPATRICK, TOWNSEND & STOCKTON LLP**

*/s/   Kristopher L. Reed*
Kristopher L. Reed
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 922-7143
Facsimile: (214) 922-7101
kreed@ktslaw.com

Russell A. Korn
1100 Peachtree Street NE, Ste. 2800
Atlanta, GA, USA, 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
rkorn@ktslaw.com

Joshua H. Lee
1100 Peachtree Street NE, Ste. 2800
Atlanta, GA, USA, 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
jlee@ktslaw.com

Edward J. Mayle
1400 Wewatta St., Ste. 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
tmayle@kilpatricktownsen.com

*Counsel for Defendant Broadcom Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 26, 2024.

/s/   *Kristopher L. Reed*