UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br><br>    *Plaintiff,*<br><br>    v.<br><br>**BROADCOM INC.,**<br><br>    *Defendant.* | Civil Action No. 5:23-cv-134<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Plaintiff OptiMorphix, Inc., ("Plaintiff"), hereby notifies the Court that this case is ready for a scheduling conference and shows the Court as follows:

1. The following motion is pending: Defendant Broadcom Inc.'s Motion to Dismiss.

2. The following cases in this district are related:

    5:23-cv-126-RWS-JBB   *OptiMorphix, Inc. v. Cisco Systems, Inc.* (U.S. Patent Nos.: 7,031,314; 7,099,273; 7,444,418; 7,586,871; 7,987,285; 7,991,904; 8,230,105; 8,769,141; and 9,191,664).

    5:23-cv-123-RWS-JBB   *OptiMorphix, Inc. v. Amazon.com Inc., et al.* (U.S. Patent Nos.: 7,099,273; 7,444,418; 7,031,314; 7,136,353; 7,586,871; 7,616,559; 7,987,285; 8,230,105; 8,255,551; 10,412,388; 9,167,021; and 10,362,081).

    5:23-cv-150-RWS-JBB   *OptiMorphix, Inc. v. Microsoft Corporation* (U.S. Patent Nos.: 7,031,314; 7,444,418; 7,586,871; 7,616,559; 7,987,285; 8,230,105; 8,429,169; 8,769,141; 9,191,664; and 10,412,388).

3. The patents-in-suit are: U.S. Patent Nos.: 7,024,460; 7,031,314; 7,586,871; 8,429,169; and 9,167,021.

4.  There are no *Markman* or trial dates set in any of the related matters.

Dated:  January 30, 2024

Respectfully submitted,

*/s/  Daniel P. Hipskind*
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Erin E. McCracken (CA SB No. 244523)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for OptiMorphix, Inc.*