# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,** *Plaintiff,* v. **CISCO SYSTEMS, INC.,** *Defendant.* | **Civil Action No. 5:23-cv-126-RWS-JBB** **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,** *Plaintiff,* v. **AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,** *Defendants.* | **Civil Action No. 5:23-cv-123** **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,** *Plaintiff,* v. **BROADCOM INC.,** *Defendant.* | **Civil Action No. 5:23-cv-134** **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,** *Plaintiff,* v. **MICROSOFT CORPORATION,** *Defendant.* | **Civil Action No. 5:23-cv-150** **JURY TRIAL DEMANDED** |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF DEADLINES AND CONTINUATION OF SCHEDULING CONFERENCE**

CAME ON FOR CONSIDERATION, Plaintiff OptiMorphix, Inc., ("Plaintiff's"), Agreed Motion for Extension of Deadlines and Continuation of Scheduling Conferences. Having considered the motion, it is hereby GRANTED.

Accordingly, the Court hereby CONTINUES the scheduling conferences set in the 5:23-cv-126, 5:23-cv-123, and 5:23-cv-134 matters and extends all deadlines until further Order of the Court.