# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**  *Plaintiff,*  v.  **CISCO SYSTEMS, INC.,**  *Defendant.* | **Civil Action No. 5:23-cv-126-RWS-JBB**  **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**  *Plaintiff,*  v.  **AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,**  *Defendants.* | **Civil Action No. 5:23-cv-123**  **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**  *Plaintiff,*  v.  **BROADCOM INC.,**  *Defendant.* | **Civil Action No. 5:23-cv-134**  **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**  *Plaintiff,*  v.  **MICROSOFT CORPORATION,**  *Defendant.* | **Civil Action No. 5:23-cv-150**  **JURY TRIAL DEMANDED** |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF DEADLINES AND CONTINUATION OF SCHEDULING CONFERENCE**

Before the Court is Plaintiff OptiMorphix, Inc.'s Agreed Motion for Extension of Deadlines and Continuation of Scheduling Conferences. Cause No. 5:23-cv-123, Dkt. No. 19; Cause No. 5:23-cv-126, Dkt. No. 20; Cause No. 5:23-cv-134, Dkt. No. 17; and Cause No. 5:23-cv-150, Dkt. No. 13. The Court, having considered the motion and noting it is unopposed, is of the opinion the motion should be and hereby is **GRANTED**.

Accordingly, the Court hereby **CONTINUES** the scheduling conferences and all current deadlines set in the 5:23-cv-123, 5:23-cv-126, and 5:23-cv-134 matters until further Order of the Court. The Court will set a joint scheduling conference after the final defendant, Microsoft Corporation, answers or otherwise responds to the Complaint, which is currently set for March 12, 2024, in 5:23-cv-150. This will allow all Parties to participate in the meet and confer process and propose a joint case schedule to the Court.

SIGNED this the 2nd day of February, 2024.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE