UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,** *Plaintiff,* v. **BROADCOM INC.,** *Defendant.* | Civil Action No. 5:23-cv-134 <br><br> **JURY TRIAL DEMANDED** |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**

COMES NOW, Plaintiff OptiMorphix, Inc., ("Plaintiff"), and files this Agreed Motion for Extension of Time to File Response to Motion to Dismiss and shows the Court as follows:

On January 26, 2024 Broadcom Inc. filed its Motion to Dismiss (Dkt. 13).  Plaintiff's Response is currently due on February 9, 2024.  Plaintiff has requested, and Broadcom Inc. has agreed to, a fourteen (14) day extension of this deadline, up to and including February 23, 2024.

Wherefore, Plaintiff respectfully requests an extension of its deadline to file a Response to the Motion to Dismiss up to and including February 23, 2024.

Dated:  February 7, 2024

Respectfully submitted,

<u>/s/  Daniel P. Hipskind</u>
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Erin E. McCracken (CA SB No. 244523)
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Attorneys for OptiMorphix, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Broadcom Inc. and this motion is agreed.

<u>/s/ Daniel P. Hipskind</u>