UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br><br>  *Plaintiff,*<br><br> v.<br><br>**BROADCOM INC.,**<br><br>  *Defendant.* | Civil Action No. 5:23-cv-134<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS

CAME ON FOR CONSIDERATION, Plaintiff OptiMorphix, Inc., ("Plaintiff's"), Agreed Motion for Extension of Time to File Response to Motion to Dismiss. Having considered the motion, it is hereby GRANTED.

Accordingly, the deadline for Plaintiff to file its Response to Broadcom Inc.'s Motion to Dismiss (Dkt. 13) is extended up to and including February 23, 2024.