## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| OPTIMORPHIX, INC, | |
|       Plaintiff, | Civil Action No. 5:23-cv-00134-RWS-JBB |
| v. | **JURY TRIAL DEMANDED** |
| BROADCOM INC, | |
|       Defendants. | |

## <u>NOTICE OF APPEARANCE</u>

Notice is hereby given that Russell A. Korn of Kilpatrick Townsend & Stockton LLP enters his appearance in this matter as counsel on behalf of Defendant Broadcom Inc.

Russell A. Korn may receive all communications from the Court and from other parties at Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street NE, Ste. 2800, Atlanta, GA, 30309, Telephone (404) 815-6500, Facsimile (404) 393-6548, Email: rkorn@ktslaw.com.

Dated: February 8, 2024

Respectfully submitted,

*/s/  Russell A. Korn*
Russell A. Korn
KILPATRICK, TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Ste. 2800
Atlanta, GA, 30309
Telephone: (404) 815-6500
Fax: 404 393 6548
rkorn@ktslaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I electronically filed the foregoing with the Clerk of the Court via CM/ECF, which will send notification of this filing to all counsel of record.

*/s/ Russell A. Korn*