# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**  *Plaintiff,*  v.  **BROADCOM INC.,**  *Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB  **JURY TRIAL DEMANDED** |

## ORDER GRANTING LEAVE TO FILE A FIRST AMENDED COMPLAINT

CAME ON FOR CONSIDERATION, Plaintiff OptiMorphix, Inc., ("Plaintiff's"), Unopposed Motion for Leave to File a First Amended Complaint. Having considered the motion, it is hereby GRANTED.

Accordingly, Plaintiff shall file a First Amended Complaint by February 23, 2024. Upon filing, the First Amended Complaint shall be deemed the operative Complaint in the above-captioned action.