UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OptiMorphix, Inc.,**  *Plaintiff,*  v.  **Broadcom Inc.,**  *Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB  **JURY TRIAL DEMANDED** |

## ORDER DENYING BROADCOM, INC.'S MOTION TO DISMISS

CAME ON FOR CONSIDERATION, Defendant Broadcom Inc.'s Motion to Dismiss. Dkt. No. 13.  Having considered the Motion, it is hereby DENIED as moot.