UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BROADCOM INC.,**<br><br>*Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING LEAVE TO FILE A FIRST AMENDED COMPLAINT

Before the Court is Plaintiff OptiMorphix, Inc.'s Unopposed Motion for Leave to File a First Amended Complaint. Dkt. No. 22. The Court, having considered the motion and noting it is unopposed, is of the opinion the motion should be **GRANTED**.

Accordingly, Plaintiff shall file a First Amended Complaint by February 23, 2024. Upon filing, the First Amended Complaint shall be deemed the operative Complaint in the above-captioned action.

SIGNED this the 26th day of February, 2024.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE