**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| **OPTIMORPHIX, INC.** | § | |
| | § | |
| **V.** | § | No. 5:23CV134-RWS-JBB |
| | § | |
| **BROADCOM, INC.** | § | |

## ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. Before the Court is the following pending motion: Defendant Broadcom Inc.'s Motion to Dismiss (Dkt. No. 13). The Court, having reviewed the relevant briefing and noting that Plaintiff has filed a First Amended Complaint for Patent Infringement (Dkt. No. 23), is of the opinion the motion to dismiss the original complaint should be denied as moot. Accordingly, it is

**ORDERED** that Defendant Broadcom Inc.'s Motion to Dismiss (Dkt. No. 13) is **DENIED AS MOOT**.

SIGNED this the 4th day of March, 2024.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE