UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br> *Plaintiff,*<br>v.<br>**CISCO SYSTEMS, INC.,**<br> *Defendant.* | Civil Action No. 5:23-cv-126-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br> *Plaintiff,*<br>v.<br>**AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,**<br> *Defendants.* | Civil Action No. 5:23-cv-123-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br> *Plaintiff,*<br>v.<br>**BROADCOM INC.,**<br> *Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br> *Plaintiff,*<br>v.<br>**MICROSOFT CORPORATION,**<br> *Defendant.* | Civil Action No. 5:23-cv-150-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br> *Plaintiff,*<br>v.<br>**F5, INC.**<br> *Defendant.* | Civil Action No. 5:24-cv-26-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING SECOND AGREED MOTION FOR EXTENSION OF DEADLINES
AND CONTINUATION OF SCHEDULING CONFERENCE**

Before the Court is Plaintiff OptiMorphix, Inc.'s Second Agreed Motion for Extension of Deadlines and Continuation of Scheduling Conferences.  The Court, having considered the motion and noting it is unopposed, is of the opinion the motion should be and hereby is **GRANTED**.

Accordingly, the Court hereby **CONTINUES** the scheduling conferences in the 5:23-cv-126, 5:23-cv-123, 5:23-cv-134, 5:23-cv-150, and 5:24-cv-26 matters until further Order of the Court.  The Court will set a joint scheduling conference after the final defendant, F5, Inc., answers or otherwise responds to the Complaint in 5:24-cv-26.  This will allow all Parties to participate in the meet and confer process and propose a joint case schedule to the Court.