IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OPTIMORPHIX, INC. | § § | |
| v. | § § | CASE NO. 5:23-cv-00134 [RWS/JBB] |
| BROADCOM INC. | § § | |

### NOTICE OF APPEARANCE FOR DEFENDANT

Defendant CA, Inc. file this Notice of Appearance of Counsel and hereby notifies the Court that Shaun W. Hassett of the law firm Potter Minton, P.C., 102 N. College Ave., Suite 900, Tyler, Texas 75702 is appearing as counsel for Defendant CA, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: March 7, 2024

Respectfully submitted,

By: /s/ *Shaun W. Hassett*
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendant CA, Inc.**

{A72/07130/0014/W1872652.1 }