IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OPTIMORPHIX, INC., | § § | |
| Plaintiff, | § § | Civil Action No. 5-23-cv-00134 |
| v. | § § | **JURY TRIAL DEMANDED** |
| BROADCOM, INC., | § § § | |
| Defendant. | § | |

**ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT**

CAME ON CONSIDERATION, Defendant CA, Inc. ("CA")'s Motion to Dismiss First Amended Complaint. Having considered the Motion and corresponding briefs and related papers, the Motion is hereby **GRANTED**. Plaintiff OptiMorphix, Inc.'s claims of pre-suit willful infringement and pre-suit indirect infringement are dismissed, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief may be granted.