IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OPTIMORPHIX, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 5-23-cv-00134 |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| BROADCOM, INC., | § | |
| | § | |
| Defendant. | § | |

## **DEFENDANT CA, INC.'S UNOPPOSED MOTION TO AMEND CASE CAPTION**

Defendant CA, Inc. ("CA") respectfully moves the Court to amend the case caption in the above-captioned case to reflect that CA, Inc. has been substituted for Broadcom, Inc. as the sole Defendant in the above-captioned case, and shows as follows:

1. On November 20, 2023, Plaintiff OptiMorphix, Inc. ("OptiMorphix") filed the Original Complaint in the above-captioned case, which named Broadcom Inc. ("Broadcom") as the sole Defendant. *See* Dkt. 1.

2. On January 26, 2024, Broadcom filed a motion to dismiss that Original Complaint on various grounds, including, but not limited to, both improper venue under Fed. R. Civ. P. 12(b)(3) and insufficient service of process under Fed. R. Civ. P. 12(b)(5). *See* Dkt. 13.

3. In response thereto, on February 23, 2024, OptiMorphix filed an Unopposed Motion for Leave to File a First Amended Complaint "to substitute CA for Broadcom." Dkt. 22.

4. On February 23, 2024, OptiMorphix also filed a First Amended Complaint for Patent Infringement, in which OptiMorphix identified CA as the sole Defendant. Dkt. 23.

5.      On February 26, 2024, the Court granted OptiMorphix's Unopposed Motion for Leave to File a First Amended Complaint. Dkt. 25.

6.      In view of the foregoing, CA respectfully requests (and OptiMorphix does not oppose) that the case caption in the above-captioned case be amended as shown below:

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| OPTIMORPHIX, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 5-23-cv-00134 |
| v. | § § § | **JURY TRIAL DEMANDED** |
| CA, INC., | § § § | |
| Defendant. | § | |

Dated: March 8, 2024

Respectfully submitted,

**KILPATRICK, TOWNSEND & STOCKTON LLP**

*/s/   Kristopher L. Reed*
Kristopher L. Reed
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 922-7143
Facsimile: (214) 922-7101
kreed@ktslaw.com

Russell A. Korn
1100 Peachtree Street NE, Ste. 2800
Atlanta, GA, USA, 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
rkorn@ktslaw.com

Joshua H. Lee
1100 Peachtree Street NE, Ste. 2800
Atlanta, GA, USA, 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
jlee@ktslaw.com

Edward J. Mayle
1400 Wewatta St., Ste. 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
tmayle@kilpatricktownsen.com

*Counsel for Defendant CA, Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to LR CV-7(h) counsel for Defendant CA, Inc. ("CA") has complied with the meet and confer requirement of this rule. Counsel for Defendant CA further states that Kristopher Reed met and conferred with Daniel Hipskind, counsel for the Plaintiff, and Plaintiff does not oppose the motion submitted herewith.

*/s/ Kristopher L. Reed*
Kristopher L. Reed

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 8, 2024.

*/s/ Kristopher L. Reed*
Kristopher L. Reed
