IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OPTIMORPHIX, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 5-23-cv-00134 |
| v. | § § | **JURY TRIAL DEMANDED** |
| BROADCOM, INC., | § § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO AMEND CASE CAPTION

CAME ON CONSIDERATION, Defendant CA, Inc. ("CA")'s Unopposed Motion to Amend Case Caption. Having considered the motion, it is hereby GRANTED. Accordingly, the case caption is hereby amended as shown below:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OPTIMORPHIX, INC., | § § | |
| Plaintiff, | § § | Civil Action No. 5-23-cv-00134 |
| v. | § § | **JURY TRIAL DEMANDED** |
| CA, INC., | § § § | |
| Defendant. | § | |