## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,** | Civil Action No. 5:23-cv-126-RWS-JBB |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| **CISCO SYSTEMS, INC.,** | |
| *Defendant.* | |
| **OPTIMORPHIX, INC.,** | Civil Action No. 5:23-cv-123-RWS-JBB |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| **AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,** | |
| *Defendants.* | |
| **OPTIMORPHIX, INC.,** | Civil Action No. 5:23-cv-134-RWS-JBB |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| **BROADCOM INC.,** | |
| *Defendant.* | |
| **OPTIMORPHIX, INC.,** | Civil Action No. 5:23-cv-150-RWS-JBB |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| **MICROSOFT CORPORATION,** | |
| *Defendant.* | |
| **OPTIMORPHIX, INC.,** | Civil Action No. 5:24-cv-26-RWS-JBB |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| **F5, INC.** | |
| *Defendant.* | |

**ORDER GRANTING SECOND AGREED MOTION FOR EXTENSION OF DEADLINES AND CONTINUATION OF SCHEDULING CONFERENCE**

Before the Court is Plaintiff OptiMorphix, Inc.'s Second Agreed Motion for Extension of Deadlines and Continuation of Scheduling Conferences.  Cause No. 5:23cv126, Dkt. No. 23; Cause No. 5:23cv123, Dkt. No. 30; Cause No. 5:23cv134, Dkt. No. 27; Cause No. 5:23cv150, Dkt. No. 15; Cause No. 5:24cv26, Dkt. No. 11. The Court, having considered the motion and noting it is unopposed, is of the opinion the motion should be and hereby is **GRANTED**.

The Court will set a joint scheduling conference in the 5:23-cv-126, 5:23-cv-123, 5:23-cv-134, 5:23-cv-150, and 5:24-cv-26 matters after the final defendant, F5, Inc., answers or otherwise responds to the complaint in 5:24-cv-26.  This will allow all Parties to participate in the meet and confer process and propose a joint case schedule to the Court.

SIGNED this the 8th day of March, 2024.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE