IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OPTIMORPHIX, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 5-23-cv-00134-RWS-JBB |
| v. | § § | **JURY TRIAL DEMANDED** |
| BROADCOM, INC., | § § § | |
| Defendant. | § § | |

## ORDER GRANTING MOTION TO AMEND CASE CAPTION

Before the Court is Defendant CA, Inc. ("CA")'s Unopposed Motion to Amend Case Caption. Dkt. No. 30. The Court, having considered the motion, and noting it is unopposed, is of the opinion the motion should be and hereby is **GRANTED**. Accordingly, the case caption is hereby amended as shown below:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OPTIMORPHIX, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 5-23-cv-00134 |
| v. | § § | **JURY TRIAL DEMANDED** |
| CA, INC., | § § § | |
| Defendant. | § § | |

SIGNED this the 12th day of March, 2024.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE