IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br><br>    *Plaintiff,*<br><br>       v.<br><br>**CA, INC.,**<br><br>    *Defendant.* | **Civil Action No. 5:23-cv-134-RWS-JBB**<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING DEFENDANT CA, INC.'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

    CAME ON FOR CONSIDERATION, Defendant CA, Inc.'s Motion to Dismiss First Amended Complaint.  Having considered the motion, it is hereby DENIED.