# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| OPTIMORPHIX, INC,<br><br>        Plaintiff,<br><br>v.<br><br>CA, INC,<br><br>        Defendant. | Civil Action No. 5:23-cv-00134-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that Joshua H. Lee of Kilpatrick Townsend & Stockton LLP enters his appearance in this matter as counsel on behalf of Defendant CA, Inc.

Joshua H. Lee may receive all communications from the Court and from other parties at Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street NE, Ste. 2800, Atlanta, GA, 30309, Telephone: (404) 815-6500, Facsimile: (404) 815-6555, jlee@ktslaw.com.

Dated: April 26, 2024

                                                    Respectfully submitted,

                                                    */s/ Joshua H. Lee*
                                                    Joshua H. Lee
                                                    KILPATRICK TOWNSEND & STOCKTON LLP
                                                    1100 Peachtree Street NE, Ste. 2800
                                                    Atlanta, GA, 30309
                                                    Telephone: (404) 815-6500
                                                    Facsimile: (404) 815-6555
                                                    jlee@ktslaw.com

                                                    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, I electronically filed the foregoing with the Clerk of the Court via CM/ECF, which will send notification of this filing to all counsel of record.

*/s/ Joshua H. Lee*

29815879V.1