# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| OPTIMORPHIX, INC, <br><br> Plaintiff, <br><br> v. <br><br> CA, INC, <br><br> Defendant. | Civil Action No. 5:23-cv-00134-RWS-JBB <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that Edward J. Mayle of Kilpatrick Townsend & Stockton LLP enters his appearance in this matter as counsel on behalf of Defendant CA, Inc.

Edward J. Mayle may receive all communications from the Court and from other parties at Kilpatrick Townsend & Stockton LLP, 1400 Wewatta Street Suite 600, Denver, CO 80202, Telephone (303) 571-4000; Facsimile: (303) 571-4321; tmayle@kilpatricktownsend.com.

Dated: April 26, 2024

Respectfully submitted,

*/s/ Edward J. Mayle*
Edward J. Mayle
KILPATRICK TOWNSEND & STOCKTON LLP
1400 Wewatta Street Suite 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
tmayle@kilpatricktownsend.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, I electronically filed the foregoing with the Clerk of the Court via CM/ECF, which will send notification of this filing to all counsel of record.

<i>/s/ Edward J. Mayle</i>

29815767V.1