# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br>    *Plaintiff,*<br>v.<br>**CISCO SYSTEMS, INC.,**<br>    *Defendant.* | Civil Action No. 5:23-cv-126-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br>    *Plaintiff,*<br>v.<br>**AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,**<br>    *Defendants.* | Civil Action No. 5:23-cv-123-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br>    *Plaintiff,*<br>v.<br>**CA, INC.,**<br>    *Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br>    *Plaintiff,*<br>v.<br>**MICROSOFT CORPORATION,**<br>    *Defendant.* | Civil Action No. 5:23-cv-150-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br>    *Plaintiff,*<br>v.<br>**F5, INC.**<br>    *Defendant.* | Civil Action No. 5:24-cv-26-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff OptiMorphix, Inc. ("OptiMorphix" or "Plaintiff") and Defendants Cisco Systems, Inc. ("Cisco"); Amazon.com, Inc.; Amazon Web Services, Inc.; Amazon.com Services LLC (collectively, "Amazon"); CA, Inc. ("CA"); Microsoft Corporation ("Microsoft"); and F5, Inc. ("F5"), hereafter Plaintiff and Defendants collectively referred to as "the Parties,"  file this Joint Motion to Continue Scheduling Conference and show the Court as follows:

Pursuant to this Court's April 24, 2024 Order (Dkt. 32 in C.A. No. 5:23-cv-123), these cases are currently set for a Scheduling Conference on May 6, 2024.  The Parties respectfully request the Court continue the scheduling conference by approximately one month to a date and time in early June convenient for the Court.  Good cause exists to continue the scheduling conference because the Parties believe additional time is needed to coordinate and meet and confer regarding the Parties' proposals relating to the case schedule, protective order, and discovery issues.

The Parties are not seeking an Order changing the *Markman* Hearing, dispositive motion deadline, pre-trial conference, or trial dates provided in the Court's April 24 Order.  (Dkt. 32 at 3-4 in C.A. No. 5:23-cv-123.)  The Parties have agreed to incorporate those dates into the proposed Docket Control Order they are presently negotiating.  Instead, the present Joint Motion only seeks to continue by approximately one month the Scheduling Conference to provide the Parties additional time to finalize a Joint Conference Report, proposed Docket Control Order, proposed Discovery Order, proposed Protective Order, and a proposed E-Discovery Order prior to the Scheduling Conference.

Wherefore, the Parties respectfully request the Court continue the scheduling conference as stated above.

Dated: April 26, 2024

*Counsel for Plaintiff OptiMorphix, Inc.*

/s/ Daniel P. Hipskind
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Erin E. McCracken (CA SB No. 244523)
**BERGER & HIPSKIND LLP**
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

Respectfully submitted,

*Counsel for Defendant Cisco Systems, Inc.*

/s/ Tamir Packin                .
Tamir Packin (*pro hac vice*)
Lindsey Miller (*pro hac vice*)
Deborah Mariottini (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
TPackin@desmaraisllp.com
LMiller@desmaraisllp.com
DMariottini@desmaraisllp.com

Michael R. Rhodes (*pro hac vice*)
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901
MRhodes@desmaraisllp.com

*Lead Counsel for Defendant*
CISCO SYSTEMS, INC.

Melissa R. Smith
GILLIAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gilliamsmithlaw.com

*Local Counsel for Defendant*
CISCO SYSTEMS, INC.

***Counsel for Defendant Microsoft Corp.***

/s/ *Betty Chen*

Betty H. Chen
Texas Bar No. 24056720
Michael R. Rhodes (*pro hac vice*)
California Bar No. 319432
DESMARAIS LLP
101 California Street, Suite 3000
San Francico, CA  94111
P: (415) 573-1900
F: (415) 573-1901
BChen@desmaraisllp.com
MRhodes@desmaraisllp.com

Thomas Derbish (*pro hac vice*)
D.C. Bar No. 1766840
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, D.C. 20006
P: (202) 451-4900
F: (202) 451-4901
TDerbish@desmaraisllp.com

*Lead Counsel for Defendant*
MICROSOFT CORP.

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, Texas 75670
P: (903) 934-8450
F: (903) 934-9257
melissa@gillamsmithlaw.com

*Local Counsel for Defendant*
MICROSOFT CORP.

***Counsel for Defendant CA, Inc.***

/s/ *Kristopher L. Reed*
Kristopher L. Reed
**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400

4

Dallas, TX 75201
Telephone: (214) 922-7143
Facsimile: (214) 922-7101
kreed@ktslaw.com

Russell A. Korn
Joshua H. Lee
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Ste. 2800
Atlanta, GA, USA, 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
rkorn@ktslaw.com
jlee@ktslaw.com

Edward J. Mayle
**KILPATRICK TOWNSEND & STOCKTON LLP**
1400 Wewatta St., Ste. 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
tmayle@kilpatricktownsen.com

*Counsel for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.*

/s/ Brian C. Nash
Brian C. Nash (TX Bar No. 24051103)
**MORRISON & FOERSTER LLP**
300 Colorado Street, Suite 1800
Austin, TX 78701
Telephone: 512.617.0650
BNash@mofo.com

*Counsel for Defendant F5, Inc.*

By: /s/ *Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WSBA No. 18822
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: 206-359-8000
Fax: 206-359-9000
Email: RAlsalam@perkinscoie.com

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies the Parties met and conferred on the relief requested in this motion, and this motion is joint.

*/s/ Daniel P. Hipskind*
Daniel P. Hipskind

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 26, 2024, a copy of the foregoing document was served on all counsel who have appeared in this case via CM/ECF.

*/s/ Daniel P. Hipskind*
Daniel P. Hipskind