# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br>*Plaintiff,*<br>v.<br>**CISCO SYSTEMS, INC.,**<br>*Defendant.* | Civil Action No. 5:23-cv-126-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br>*Plaintiff,*<br>v.<br>**AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,**<br>*Defendants.* | Civil Action No. 5:23-cv-123-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br>*Plaintiff,*<br>v.<br>**CA, INC.,**<br>*Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br>*Plaintiff,*<br>v.<br>**MICROSOFT CORPORATION,**<br>*Defendant.* | Civil Action No. 5:23-cv-150-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**<br>*Plaintiff,*<br>v.<br>**F5, INC.**<br>*Defendant.* | Civil Action No. 5:24-cv-26-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |

## **ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

CAME ON FOR CONSIDERATION, Plaintiff OptiMorphix, Inc. ("OptiMorphix" or "Plaintiff") and Defendants Cisco Systems, Inc. ("Cisco"); Amazon.com, Inc.; Amazon Web Services, Inc.; Amazon.com Services LLC (collectively, "Amazon"); CA, Inc. ("CA"); Microsoft Corporation ("Microsoft"); and F5, Inc. ("F5"), hereafter Plaintiff and Defendants collectively referred to as "the Parties'," Joint Motion to Continue Scheduling Conference. Having considered the motion, it is hereby GRANTED.

Accordingly, the scheduling conference in these matter shall be continued until _____, 2024.