# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.**, *Plaintiff,* v. **CISCO SYSTEMS, INC.**, *Defendant.* | Civil Action No. 5:23-cv-126-RWS-JBB  **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.**, *Plaintiff,* v. **AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.**, *Defendants.* | Civil Action No. 5:23-cv-123-RWS-JBB  **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.**, *Plaintiff,* v. **CA, INC.**, *Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB  **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.**, *Plaintiff,* v. **MICROSOFT CORPORATION**, *Defendant.* | Civil Action No. 5:23-cv-150-RWS-JBB  **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.**, *Plaintiff,* v. **F5, INC.** *Defendant.* | Civil Action No. 5:24-cv-26-RWS-JBB  **JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

CAME ON FOR CONSIDERATION, Plaintiff OptiMorphix, Inc. ("OptiMorphix" or "Plaintiff") and Defendants Cisco Systems, Inc. ("Cisco"); Amazon.com, Inc.; Amazon Web Services, Inc.; Amazon.com Services LLC (collectively, "Amazon"); CA, Inc. ("CA"); Microsoft Corporation ("Microsoft"); and F5, Inc. ("F5"), hereafter Plaintiff and Defendants collectively referred to as "the Parties'," Joint Motion to Continue Scheduling Conference. Having considered the motion, it is hereby **GRANTED**.

Accordingly, the telephone scheduling conference in these matters shall be continued until **June 6, 2024 at 10:00 a.m.** No later than one week before the scheduling conference, the parties shall file a Joint Conference Report as outlined in the April 24, 2024 Order.

SIGNED this the 29th day of April, 2024.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE