# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br>　　　　*Plaintiff,*<br>　　v.<br>**CA, INC.,**<br>　　　　*Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Pursuant to this Court's January 15, 2016 Standing Order Regarding Proper Notification of Settlement to the Court in Cases Pending Before Judge Robert Schroeder, Plaintiff OptiMorphix, Inc. ("Plaintiff") and Defendant CA, Inc. ("Defendant") (collectively "the Parties") hereby request a 30-day stay of this action to continue working on formalizing settlement papers.

This joint motion to stay arises from a confidential agreement in principle between Plaintiff and a third party and Defendant and the third party that would resolve all matters in controversy between the Parties. The full details of the agreements with the third party have not currently been disclosed to the Parties. The Parties expect to file appropriate dismissal papers within thirty (30) days upon the Court's approval of this Stipulation to Stay. If any issues arise in formalizing the settlement papers, the Parties agree to submit such issues to the Court for final resolution.

Dated:  May 3, 2024

Respectfully submitted,

*/s/ Daniel P. Hipskind*
Dorian S. Berger (CSB 264424)
Daniel P. Hipskind (CSB 266763)
Erin E. McCracken (CSB 244523)
**BERGER & HIPSKIND LLP**
9538 Brighton Way, Suite 320
Beverly Hills, California  90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com


Elizabeth L. DeRieux
(TX State Bar No. 05770585)
**Capshaw DeRieux, LLP**
114 E. Commerce Avenue
Gladewater, Texas  75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

*Counsel for Plaintiff OptiMorphix, Inc.*

*/s/ Kristopher L. Reed*
Kristopher L. Reed
**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 922-7143
Facsimile: (214) 922-7101
kreed@ktslaw.com

Russell A. Korn
Joshua H. Lee
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Ste. 2800
Atlanta, GA, USA, 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
rkorn@ktslaw.com
jlee@ktslaw.com

Edward J. Mayle
**KILPATRICK TOWNSEND & STOCKTON LLP**
1400 Wewatta St., Ste. 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
tmayle@kilpatricktownsen.com

*Counsel for Defendant CA, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for CA, Inc. and this motion is joint.

                                          */s/ Daniel P. Hipskind*
                                          Daniel P. Hipskind

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on May 3, 2024. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

                                          */s/ Daniel P. Hipskind*
                                          Daniel P. Hipskind