IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CA, INC.,**<br><br>*Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING STIPULATION TO STAY

CAME ON FOR CONSIDERATION, Plaintiff OptiMorphix, Inc.'s ("Plaintiff") and Defendant CA, Inc.'s ("Defendant") Joint Motion To Stay All Deadlines And Notice Of Settlement.

Having considered the Motion, it is hereby **ORDERED** that this action is stayed for thirty (30) days.