UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **OPTIMORPHIX, INC.** | § | |
| | § | |
| v. | § | CASE NO. 5:23-CV-00134-RWS-JBB |
| | § | |
| **CA, INC.** | § | |

### ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 40) filed by Plaintiff OptiMorphix, Inc. ("Plaintiff") and Defendant CA, Inc. ("Defendant"). In the parties' joint filing, the parties represent the joint motion to stay arises from a confidential agreement in principle between Plaintiff and a third party and Defendant and the third party that would resolve all matters in controversy between the parties.[1] The parties jointly request that this case be stayed for a period of thirty (30) days so that appropriate dismissal papers may be submitted upon finalization of the settlement. Finding good cause, the Court is of the opinion that the motion (Dkt. No. 40) should be and is hereby **GRANTED**. It is therefore

**ORDERED** that the case is **STAYED** for thirty (30) days so that the parties can complete the necessary paperwork associated with completing the resolution of this matter. It is further

**ORDERED** that the parties or their counsel shall submit to the Court, within thirty (30) days from the date of entry of this Order, all papers necessary for the closing of this case and its removal from the active docket of this Court. If the parties have not finalized their dismissal paperwork by that time, the parties shall file a status update reflecting the parties' settlement progress.

SIGNED this the 6th day of May, 2024.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE

---

[1] Given the unique structure of the settlement, the parties are excused from the Standing Order Regarding Proper Notification of Settlement's requirement that they provide the "amount of the settlement."