**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **OPTIMORPHIX, INC.,**  *Plaintiff,*  v.  **CISCO SYSTEMS, INC.,**  *Defendant.* | Civil Action No. 5:23-cv-126-RWS-JBB  **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**  *Plaintiff,*  v.  **AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,**  *Defendants.* | Civil Action No. 5:23-cv-123-RWS-JBB  **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**  *Plaintiff,*  v.  **CA, INC.,**  *Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB  **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.,**  *Plaintiff,*  v.  **F5, INC.**  *Defendant.* | Civil Action No. 5:24-cv-26-RWS-JBB  **JURY TRIAL DEMANDED** |

### JOINT STATUS UPDATE REGARDING THE PARTIES' SETTLEMENT PROGRESS AND JOINT MOTION TO CONTINUE STAY PENDING SETTLEMENT

Pursuant to this Court's Orders staying all deadlines in each of the above-captioned case (*see, e.g.*, Case No. 5:23-cv-00126-RWS-JBB, Dkt. No. 29), the Parties to the above-captioned cases provide this Status Update Regarding the Parties' Settlement Progress and jointly request the Court extend the stays entered in each of the above-captioned cases up to and including June 24, 2024.

On May 20, 2024, OptiMorphix, Inc., the Plaintiff in each of the above-captioned cases, and the third party referenced in each of the Orders staying the above-captioned cases both fully executed a confidential agreement that, once all conditions precedent are satisfied, will provide each of the Defendants in the above-captioned cases with a license to all patents-in-suit. *See* Case No. 5:23-cv-00126-RWS-JBB, Dkt. No. 29 ("[T]he parties represent the joint motion to stay arises from a confidential agreement in principle between Plaintiff and a third-party and Defendant and the third-party that would resolve all matters in controversy between the parties."). The final condition precedent requires the third party referenced herein to make a payment to OptiMorphix, Inc. The deadline for that payment pursuant to the terms of the above-referenced agreement is June 20, 2024.

All Parties to the above-captioned actions will be in a position to either file all papers necessary for the closing of the above-captioned cases and the removal of these cases from the Court's active docket, or alternatively, file a Joint Notice requesting the resetting of a consolidated Scheduling Conference in the above-captioned cases by June 24, 2024. Accordingly, the Parties jointly request the Court extend the stays entered in each of the above-captioned cases until and including June 24, 2024.

Dated: May 31, 2024

*Counsel for Plaintiff OptiMorphix, Inc.*

/s/ Daniel P. Hipskind
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Erin E. McCracken (CA SB No. 244523)
**BERGER & HIPSKIND LLP**
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: eem@bergerhipskind.com

Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

Respectfully submitted,

*Counsel for Defendant Cisco Systems, Inc.*

/s/ Tamir Packin
Tamir Packin (*pro hac vice*)
Lindsey Miller (*pro hac vice*)
Deborah Mariottini (*pro hac vice*)
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401
TPackin@desmaraisllp.com
LMiller@desmaraisllp.com
DMariottini@desmaraisllp.com

Michael R. Rhodes (*pro hac vice*)
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901
MRhodes@desmaraisllp.com

*Lead Counsel for Defendant*
CISCO SYSTEMS, INC.

Melissa R. Smith
GILLIAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gilliamsmithlaw.com

*Local Counsel for Defendant*
CISCO SYSTEMS, INC.

*Counsel for Defendant CA, Inc.*

*/s/ Kristopher L. Reed*
Kristopher L. Reed
**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Telephone: (214) 922-7143
Facsimile: (214) 922-7101
kreed@ktslaw.com

Russell A. Korn
Joshua H. Lee
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Ste. 2800
Atlanta, GA, USA, 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
rkorn@ktslaw.com
jlee@ktslaw.com

Edward J. Mayle
**KILPATRICK TOWNSEND & STOCKTON LLP**
1400 Wewatta St., Ste. 600
Denver, CO 80202
Telephone: (303) 571-4000
Facsimile: (303) 571-4321
tmayle@kilpatricktownsen.com

*Counsel for Defendants Amazon.com, Inc. and Amazon Web Services, Inc.*

*/s/ Brian C. Nash*
Brian C. Nash (TX Bar No. 24051103)
**MORRISON & FOERSTER LLP**
300 Colorado Street, Suite 1800
Austin, TX  78701
Telephone: 512.617.0650
BNash@mofo.com

*Counsel for Defendant F5, Inc.*

By: */s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam, WSBA No. 18822
PERKINS COIE LLP
1201 Third Avenue, Suite 4900

Seattle, WA 98101  
Phone: 206-359-8000  
Fax: 206-359-9000  
Email: RAlsalam@perkinscoie.com

**CERTIFICATE OF CONFERENCE**

The undersigned counsel hereby certifies the Parties met and conferred on the relief requested in this motion, and this motion is joint.

*/s/ Daniel P. Hipskind*
Daniel P. Hipskind

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on May 31, 2024, a copy of the foregoing document was served on all counsel who have appeared in this case via CM/ECF.

*/s/ Daniel P. Hipskind*
Daniel P. Hipskind