# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,** | Civil Action No. 5:23-cv-126-RWS-JBB |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| **CISCO SYSTEMS, INC.,** | |
| *Defendant.* | |
| **OPTIMORPHIX, INC.,** | Civil Action No. 5:23-cv-123-RWS-JBB |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| **AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.,** | |
| *Defendants.* | |
| **OPTIMORPHIX, INC.,** | Civil Action No. 5:23-cv-134-RWS-JBB |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| **CA, INC.,** | |
| *Defendant.* | |
| **OPTIMORPHIX, INC.,** | Civil Action No. 5:24-cv-26-RWS-JBB |
| *Plaintiff,* | |
| v. | **JURY TRIAL DEMANDED** |
| **F5, INC.** | |
| *Defendant.* | |

## **ORDER GRANTING JOINT MOTION TO CONTINUE STAY**

CAME ON FOR CONSIDERATION, the Parties' in the above-captioned cases Joint Motion to Continue the Stays Pending Settlement.

Having considered the Motion, it is hereby **ORDERED** that the above-captioned actions shall remain stayed until June 24, 2024.