# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.**, <br>     *Plaintiff,* <br> v. <br> **CISCO SYSTEMS, INC.**, <br>     *Defendant.* | Civil Action No. 5:23-cv-126-RWS-JBB <br><br> **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.**, <br>     *Plaintiff,* <br> v. <br> **AMAZON.COM, INC. AND AMAZON WEB SERVICES, INC.**, <br>     *Defendants.* | Civil Action No. 5:23-cv-123-RWS-JBB <br><br> **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.**, <br>     *Plaintiff,* <br> v. <br> **CA, INC.**, <br>     *Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB <br><br> **JURY TRIAL DEMANDED** |
| **OPTIMORPHIX, INC.**, <br>     *Plaintiff,* <br> v. <br> **F5, INC.** <br>     *Defendant.* | Civil Action No. 5:24-cv-26-RWS-JBB <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO CONTINUE STAY

Before the Court is the Parties' Joint Motion to Continue the Stays Pending Settlement in the above-captioned cases. The Court is of the opinion the motion should be **GRANTED**. It is

**ORDERED** that the above-captioned actions shall remain stayed until June 24, 2024, at which time all Parties to the above-captioned actions will be in a position to either file all papers necessary for the closing of the above-captioned cases and the removal of these cases from the Court's active docket, or alternatively, file a Joint Notice requesting the resetting of a consolidated Scheduling Conference in the above-captioned cases.

SIGNED this the 3rd day of June, 2024.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE