## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br><br>    *Plaintiff,*<br><br>v.<br><br>**CA, INC.,**<br><br>    *Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB |

### JOINT MOTION TO DISMISS

WHEREAS, Plaintiff OptiMorphix, Inc. ("Plaintiff") and Defendant CA, Inc. ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief, if any, against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| Dated: June 21, 2024 | Respectfully submitted, |
| *Counsel for Plaintiff OptiMorphix, Inc.* | *Counsel for Defendant CA, Inc.* |
| /s/ *Daniel P. Hipskind*<br>Dorian S. Berger (CA SB No. 264424)<br>Daniel P. Hipskind (CA SB No. 266763)<br>Erin E. McCracken (CA SB No. 244523)<br>**BERGER & HIPSKIND LLP**<br>9538 Brighton Way, Ste. 320<br>Beverly Hills, CA 90210<br>Telephone: 323-886-3430<br>Facsimile: 323-978-5508<br>E-mail: dsb@bergerhipskind.com<br>E-mail: dph@bergerhipskind.com<br>E-mail: eem@bergerhipskind.com<br><br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>**Capshaw DeRieux, LLP**<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>Telephone: 903-845-5770<br>E-mail: ederieux@capshawlaw.com | /s/ *Kristopher L. Reed*<br>Kristopher L. Reed<br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>2001 Ross Avenue, Suite 4400<br>Dallas, TX 75201<br>Telephone: (214) 922-7143<br>Facsimile: (214) 922-7101<br>kreed@ktslaw.com<br><br>Russell A. Korn<br>Joshua H. Lee<br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>1100 Peachtree Street NE, Ste. 2800<br>Atlanta, GA, USA, 30309<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>rkorn@ktslaw.com<br>jlee@ktslaw.com<br><br>Edward J. Mayle<br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>1400 Wewatta St., Ste. 600<br>Denver, CO 80202<br>Telephone: (303) 571-4000<br>Facsimile: (303) 571-4321<br>tmayle@kilpatricktownsen.com |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff met and conferred with counsel for Defendant and this motion is joint.

/s/ *Daniel P. Hipskind*