IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **OPTIMORPHIX, INC.,**<br><br>    *Plaintiff,*<br><br>v.<br><br>**CA, INC.,**<br><br>    *Defendant.* | Civil Action No. 5:23-cv-134-RWS-JBB |

## ORDER

Before the Court is the Joint Motion to Dismiss (Docket No. 44) filed by Plaintiff OptiMorphix, Inc. ("Plaintiff") and Defendant CA, Inc.("Defendant"). According to the joint motion, the parties have resolved Plaintiff's claims for relief against Defendant and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff asserted in this case. The parties have jointly requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs, and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion the Joint Motion to Dismiss (Docket No. 44) should be **GRANTED**. It is therefore

**ORDERED** that Plaintiff's claims for relief against Defendant are **DISMISSED WITH PREJUDICE** and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that the parties shall bear their own attorneys' fees, costs of court, and expenses. It is further

**ORDERED** that any and all pending motions are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 25th day of June, 2024.**

*[Signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE