AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas, Texarkana__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:23-cv-134 | DATE FILED<br>11/20/2023 | U.S. DISTRICT COURT<br>Eastern District of Texas, Texarkana |
|---|---|---|
| PLAINTIFF<br><br>OptiMorphix, Inc. | | DEFENDANT<br><br>Broadcom Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,024,460 B2 | 4/4/2006 | OptiMorphix, Inc. |
| 2 | 7,031,314 B2 | 4/18/2006 | OptiMorphix, Inc. |
| 3 | 7,586,871 B2 | 9/8/2009 | OptiMorphix, Inc. |
| 4 | 8,429,169 B2 | 4/23/2013 | OptiMorphix, Inc. |
| 5 | 9,167,021 B2 | 10/20/2015 | OptiMorphix, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| It is ORDERED that Plaintiff's claims for relief against Defendant are DISMISSED WITH PREJUDICE and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff are DISMISSED WITHOUT PREJUDICE. |

| CLERK<br><br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>SLO | DATE<br><br>06/25/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**     **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**